## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

DONNA BILDERBACK,                       Civil No. 12-1003 (RHK/TNL)

          Plaintiff,

v.                                       **ORDER FOR DISMISSAL**

PORTFOLIO RECOVERY ASSOCIATES, LLC,

          Defendant.

_____

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 2) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  June 29, 2012

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge